# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. EDCV 10-01904 ODW(MANx) | Date 9/28/2011 |
| Title *Bryan Long v. Rick Oland, et al.* | |

Present: The Honorable Otis D. Wright II, United States District Judge

| Sheila English | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):　　　Attorneys Present for Defendant(s):

Not Present　　　　　　　　　　　　　　Not Present

**Proceedings (In Chambers):**　　Order to Show Cause

　　Gregory Burke is hereby ORDERED to show cause why he should not be sanctioned pursuant to Rule 11(b) for representing that he holds an attorney lien over the possible award in this action. Specifically, Burke offers no writing which purports to give rise to such a lien. *See, e.g., In re Goode-Parker*, 2007 WL 7532275, 6 (9th Cir. BAP 2007) ("California case law is consistent in holding that an attorney's lien on settlement proceeds is enforceable if supported by a written representation agreement between an attorney and his or her client."); *see also Tracy v. Ringole*, 87 Cal. App. 549, 552 (1927) (discussing liens for attorney's fees).

　　Burke's written response shall be filed on or before **October 7, 2011**. The hearing on this matter is set for October 11, 2011 at 11 am.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　---- : 00

　　　　　　　　　　　　　　　　　　　Initials of Preparer　　SE